**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

MARC GLASSMAN, INC., doing business
As MARC'S,

Defendant.

Judge O'Malley

Case No. 1:09 cv 2721

**CONSENT JUDGMENT**

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, (hereinafter "Plaintiff"), has filed her complaint and Defendant, Marc Glassman, Inc., an Ohio corporation (hereinafter "Defendant"), hereby acknowledges receipt of a copy of the Complaint herein and waives service thereof.

Defendant expressly denies any liability for the allegations set forth in the Complaint and any wrongdoing and liability whatsoever under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA" or the "Act"). Defendant denies that any of the facts that have been or could be alleged by the Plaintiff in the Complaint are true.

Defendant, having appeared by counsel and having been duly advised in the premises and without admitting any allegation contained in Plaintiff's Complaint agrees to the entry of this judgment without contest.

Now, therefore, upon motion of attorney for Plaintiff, it is:

**ORDERED, ADJUDGED, AND DECREED** that Defendant, its agents, servants, employees, and all persons in active concert or participation with them are hereby enjoined and restrained from violating the provisions of the FLSA at the facilities and in the job classifications identified in Exhibits A and B respectively and attached hereto, in the following manner:

Defendant shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of its employees classified as non-exempt at the facilities and in the job classifications identified in Exhibits A and B respectively who in any workweek engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty (40) hours, unless such employee receives compensation for his employment in excess of forty (40) hours per week at a rate not less than one and one-half times the regular rate at which he is employed.

**II.**

Defendant shall not withhold the sum of $426,503.77 which represents the unpaid compensation hereby found to be due to the present and former employees identified and named in Exhibit C, and employed at the facilities and in the job classifications identified in Exhibits A and B respectively and made a part hereof, in the amounts set forth therein and for the period November 20, 2007 through November 20, 2009. A separate check shall be made payable to each employee listed on Exhibit C in the net amount after appropriate legal deductions from the gross amount specified therein within ninety days of the date of this Order.

a. Payment is to be made as follows:

i. All checks are to be sent by first class mail to the current and former employees listed on Exhibit C within 90 days of the date of this Order. These individual checks shall be void if they are not cashed within 180 days of the date of issuance and the face of the checks shall reflect this deadline.

ii. The amounts of any individual checks that have been returned to Defendant within 45 days after mailing shall be combined into one aggregate net check made payable to the "U.S. Department of Labor – Wage and Hour Division" and delivered to: U.S. Department of Labor, Wage & Hour Division, Room 817, 1240 East Ninth Street, Cleveland, Ohio 44199 on or before 90 days after mailing. A copy of the check containing the sum of these returned checks shall be accompanied by a letter identifying the case name as Solis v. Marc Glassman, Inc. and include the employer's tax identification number, as well as a list of all employees from whom money is deposited with the Plaintiff along with their social security numbers, last-known addresses, and an itemized list of their respective deductions.

iii. Within 30 days after the individual checks become void, the amounts of any additional individual checks that have not been negotiated (beyond the returned checks discussed in subsection (ii)) shall be combined into one aggregate net check made payable to "U.S. Department of Labor, Wage and Hour Division", U.S. Department of Labor, Wage & Hour Division, Room 817, 1240 East Ninth Street, Cleveland, Ohio 44199. The check containing the sum of any additional unnegotiated checks shall be accompanied by a letter identifying the case name as Solis v. Marc Glassman, Inc. and include the employer's tax identification number, as well as a list of

all employees from whom money is deposited with the Plaintiff along with their social security numbers, last-known addresses, and an itemized list of their respective deductions.

b. If there is a default in the sending of individual checks or delivery of the U.S. Department of Labor checks by over 20 days, the total remaining amount due from the Defendant will automatically become due immediately, plus an additional 10 percent of any remaining amounts due to be prorated among the employees listed on Exhibit C who have not yet received their respective payments.

**III.**

Plaintiff shall distribute the checks referred to in paragraph II(a)(ii) and II(a)(iii) to the persons identified in the accompanying list referenced thereto or to their estates, if that be necessary, and any money not so paid because of an inability to locate the proper persons or because of their refusal to accept it, shall be deposited with the Clerk of Court, who shall forthwith deposit such money with the Treasurer of the United States, pursuant to 29 U.S.C. §2041.

**IV.**

Defendant agrees not to raise this Consent Judgment as a defense to a claim for unpaid overtime compensation in any action under section 16(b) of the Act alleging violations of section 7 other than the violation alleged in paragraph V and VI of the Complaint filed in this action.

**V.**

Defendant shall not request, solicit, suggest, or coerce, directly or indirectly, any employee to return or offer to return to the Defendant or to someone else for the

Defendant, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall Defendant discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendant under the provisions of this judgment.

VI.

**FURTHER,** it is agreed by the parties herein and hereby **ORDERED** that each party bear its/his own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

Dated this 20th day of November, 2009.

Kathleen M. O'Malley
U.S. DISTRICT COURT JUDGE

Defendant hereby consents to the entry of this judgment this 20th day of Nov, 2009.

MARC GLASSMAN, INC.

s/Michele Jakubs
STEPHEN S. ZASHIN (0064557)
MICHELE L. JAKUBS (0071037)
Attorneys for Defendant
Zashin & Rich Co., LPA
55 Public Square, 4th Floor
Cleveland, Ohio 44113
(216) 696-4441; 696-1618 Fax
mlj@zrlaw.com & ssz@zrlaw.com

s/Sandra B. Kramer
SANDRA B. KRAMER (002071)
Sr. Trial Attorney
U.S. Department of Labor
881 Federal Office Building
1240 East Ninth Street
Cleveland, Ohio 44199
(216) 522-3876; 522-7172 Fax
Kramer.Sandra@dol.gov

OF COUNSEL:
BENJAMIN T. CHINNI
Associate Regional Solicitor

# Marc's Store List

**Marc's - Southland**
6849 Southland Drive
Middleburg Hts, Ohio 44130
Phone: 440-888-8872
Pharmacy: 440-884-4171
Fax: 440-888-6539

**Marc's - Eastgate**
6695 Eastgate Drive
Mayfield Heights, Ohio 44124
Phone: 440-461-1715
Pharmacy: 440-449-2681
Fax: 440-461-5126

**Marc's - Lorain**
13693 Lorain Avenue
Cleveland, Ohio 44111
Phone: 216-252-9700
Pharmacy: 216-476-6770
Fax: 216-252-6366

**Marc's - Great Northern**
26393 Great Northern S. C.
North Olmsted, Ohio 44070
Phone: 440-777-2202
Pharmacy: 440-777-2521
Fax: 440-777-3369

**Marc's - Fairlawn**
2753 West Market Street
Fairlawn, Ohio 44333
Phone: 330-869-6272
Pharmacy: 330-869-0426
Fax: 330-869-0327

**Marc's - Chapel Hill**
470 Howe Avenue
Cuyahoga Falls, Ohio 44221
Phone: 330-928-9228
Pharmacy: 330-928-8611
Fax: 330-928-7698

**Marc's - Lakeshore**
22840 Lakeshore Blvd
Euclid, Ohio 44123
Phone: 216-731-9000
Pharmacy: 216-731-7474
Fax: 216-731-0392

**Marc's - Brooklyn**
7359 Northcliff Ave.
Brooklyn, Ohio 44144
Phone: 216-398-7830
Pharmacy: 216-398-1464
Fax: 216-398-8069

**Marc's - Rocky River**
21661 Center Ridge Road
Rocky River, Ohio 44116
Phone: 440-356-6211
Pharmacy: 440-356-6240
Fax: 440-356-6278

**Marc's - Belden Village**
4304 Belden Village Ave NW
Canton, Ohio 44718
Phone: 330-493-3500
Pharmacy: 330-493-3530
Fax: 330-493-3621

**Marc's - Solon**
6231 S.O.M. Center Rd.
Solon, Ohio 44139
Phone: 440-248-8404
Pharmacy: 440-248-9239
Fax: 440-248-9456

**Marc's - Mentor**
7353 Mentor Avenue
Mentor, Ohio 44060
Phone: 440-951-0100
Pharmacy: 440-951-1721
Fax: 440-951-2205

**Marc's - Garfield**
12650 Rockside Road
Garfield Hts, Ohio 44125
Gen Mgr: Tony Sims
Phone: 216-475-2767
Pharmacy: 216-475-2568
Fax: 216-475-2276

**Xpect - North Haven**
411 Universal Drive North
North Haven, CT 06473
Phone: 203-234-2260
Fax: 203-234-1784

**Marc's - Willowick**
29700 Lakeshore Blvd.
Willowick, Ohio 44095
Phone: 440-944-8708
Pharmacy: 440-944-2801
Fax: 440-943-1740

**Xpect - Milford**
480 Boston Post Road
Milford, CT 06460
Phone: 203-878-2403
Pharmacy: 203-877-7828
Fax: 203-874-4266

**Marc's - 30th St. Plaza**
3014 Cromer Ave. NW
Canton, Ohio 44709
Phone: 330-492-2292
Pharmacy: 330-492-2963
Fax: 330-492-3675

**Marc's - Puritas**
15030 Puritas Avenue
Cleveland, Ohio 44135
Phone: 216-476-8855
Pharmacy: 216-476-6755
Fax: 216-476-6760

**Marc's - Waterloo**
400 E. Waterloo Rd#426
Akron, Ohio 44319
Phone: 330-773-5858
Pharmacy: 330-773-5554
Fax: 330-773-4818

**Marc's - Medina**
1041 North Court
Medina, Ohio 44256
Phone: 330-722-3399
Pharmacy: 330-722-3662
Fax: 330-722-4157

**Marc's - Sheffield Cntr.**
170 Sheffield Center
Sheffield, Ohio 44055
Manager: Bob Scott
Phone: 440-233-7870
Pharmacy: 440-233-7874
Fax: 440-233-7887

**Marc's - West Tuscarawas**
5123 West Tuscarawas Street
Canton, Ohio 44708
Phone: 330-477-7101
Pharmacy: 330-477-8862
Fax: 330-477-9441

**Marc's - Painesville**
1521 Mentor Ave.
Painesville Twp, Ohio 44077
Manager: Todd Levstek
Phone: 440-942-2705
Fax 440-639-8323

**Xpect - Cromwell**
47 Shunpike Rd.
Cromwell, CT 06416
Phone: 860-632-7755
Pharmacy: 860-632-9092
Fax 860-632-5866

**Marc's - Brookgate**
5725 Smith Road
Brookpark, Ohio 44142
Phone: 216-676-9200
Fax: 216-676-8205

**Marc's - Loehmann's Plaza**
28121 Chardon
Willoughby Hills, Ohio 44094
Phone: 440-943-7200
Pharmacy: 440-943-3670
Fax: 440-943-3570

**Marc's - Parmatown**
7511 W. Ridgewood
Parma, Ohio 44129
Phone: 440-845-8200
Pharmacy: 440-843-5495
Fax: 440-845-2335

**Marc's - Lakewood**
14861 Detroit
Lakewood, Ohio 44107
Phone: 216-521-8000
Pharmacy: 216-521-2191
Fax: 216-521-2373

**Marc's - Stow**
3732 Darrow Rd.
Stow, Ohio 44224
Phone: 330-686-5280
Pharmacy: 330-686-5285
Fax: 330-686-5290

**Marc's - Westlake**
30050 Detroit Rd.
Westlake, Ohio 44145
Phone: 440-892-6060
Fax: 440-892-6085

**Marc's - Alliance**
2444 W. State Street
Alliance, Ohio 44601
Manager: Renee Jankiowicz
Phone: 330-829-2100
Pharmacy: 330-829-2110
Fax: 330-829-2115

**Marc's Massillon - Amherst**
1413 Amherst Rd. N.E.
Massillon, Ohio 44646
Phone: 330-830-2608
Pharmacy: 330-830-2600
Fax: 330-830-2611

**Marc's - Mayfield & Green**
4499 Mayfield Rd.
South Euclid, Ohio 44121
Manager: Rick Laymon
Phone: 216-691-8988
Pharmacy: 216-691-8990
Fax: 216-691-8920

**Marc's - Strongsville**
16224 Pearl Rd.
Strongsville, Ohio 44136
Phone: 440-846-5550
Pharmacy: 440-846-5535
Fax: 440-846-5540

**Marc's Hartville**
900 West Maple St.
Hartville, Ohio 44632
Phone: 330-877-4015
Pharmacy: 330-877-4018
Fax: 330-877-4020

**Xpect - East Haven**
78 Frontage Road
Easthaven, CT 06512
Phone: 203-468-5120
Pharmacy: 203-468-5124
Fax: 203-468-5130

**Marc's - Sagamore Hills**
550 W. Aurora Road
Sagamore Hills, OH 44067
Phone: 330-468-4898
Pharmacy:330-468-4868
Fax :330-468-4892

**Marc's - Aurora**
300 Aurora Commons Circle
Aurora, OH 44202
Phone: 330-995-9246
Pharmacy: 330-995-9260
Fax: 330-995-9264

**Marc's - Midtown**
1650 Snow Rd. #295
Parma, Ohio 44134
Phone: 216-398-2150
Pharmacy : 216-398-7943
Fax: 216-398-2140

**Xpect - Derby**
60 Pershing Dr.
Derby, CT 06418
Phone: 203-736-8540
Fax:203-736-8546

Exhibit A – Facilities - Page 1



# Marc's Store List

**Marc's – Salem**
2487 E. State St.
Salem, OH 44460
Phone: 330-337-7188
Pharmacy: 330-337-7358
Fax: 330-337-7371

**Xpect – Danbury**
100 Newtown Rd
Danbury, CT 06810
Phone: 203-743-8800
Fax: 203-743-8806

**Marc's - Springfield**
2891 East Waterloo Rd
Akron, OH 44312
Phone: 330-628-0780
Pharmacy: 330-628-0781
Fax: 330-628-8336

**Marc's - Chardon**
425 Water Street
Chardon, Ohio 44024
Phone: 440-285-9088
Fax: 440-285-9095

**Marc's - North Canton**
1664 North Main Street
North Canton, Ohio 44720
Phone: 330-244-1038
Pharmacy: 330-244-1042
Fax: 330-244-1045

**Marc's - Cuyahoga Falls**
2900 State Road
Cuyahoga Falls, Ohio 44223
Phone: 330-923-4785
Fax: 330-929-0872

**Marc's – North Ridgeville**
34800 Center Ridge Road
North Ridgeville, Ohio 44039
Phone: 440-353-1600
Pharmacy: 440-353-1601
Fax: 440-353-1602

**Marc's – Midway Mall**
435 Midway Mall
Elyria, Ohio 44035
Phone: 440-324-2525
Fax: 440-324-2779

**Marc's – Ravenna**
1145 East Main Street
Ravenna, Ohio 44266
Phone: 330-298-3650
Pharmacy: 330-298-3654
Fax: 330-298-3657

**Marc's – Madison**
6576 North Ridge Road
Madison, Ohio 44057
Phone: 440-428-5889
Fax: 440-428-4845

**58BD –Marc's Boardman**
7121 Tiffany Boulevard
Boardman, Ohio 44514
Phone: 330-965-6352
Fax: 330-965-4299

**Marc's Austintown**
4755 Mahoning Ave.
Austintown, Ohio 44515
Phone: 330-792-4044
Pharmacy: 330-792-4875
Fax: 330-792-5006

**Marc's Westerville**
111 Huber Village Blvd.
Westerville, Ohio 43081
Phone: 614-523-3597
Fax: 614-823-6595

**Marc's Mentor on the Lake**
5929 Andrews Road
Mentor on the Lake, OH 44060
Phone: 440-257-5995
Fax: 440-257-5990

**Marc's Upper Arlington**
1828 West Henderson Road
Columbus, Ohio 43220
Phone: 614-457-3030
Fax: 614-457-3099

**63NI Marc's Niles**
6024 Youngstown Warren Rd.
Niles, Ohio 44446
Phone: 330-505-2832
Fax: 330-505-2840

**Marc's Coventry**
1833 Coventry Road
Cleveland Hts., Ohio 44118
Phone:216-320-1000
Pharmacy:216-320-1005
Fax:216-320-1020

**Marc's Brunswick**
3303 Center Road
Brunswick, Ohio 44212
Phone:330-225-7500
Pharmacy: 330-273-3232
Fax:330-273-8589

**Marc's Berea**
371 W. Bagley Rd.
Berea, Ohio 44017
Phone: 440-260-7000
Fax: 440-260-7007

**Marc's Broadview**
8003 Broadview Rd.
Broadview Hts, Ohio 44147
Phone: 440-746-1005
Pharmacy: 440-746-1015
Fax: 440-746-1025

**Marc's Kamms Corner**
17400 Lorain Avenue
Cleveland, Ohio 44111
Phone: 216-251-3456
Fax: 216-251-3741

Closeout Supervisor (a.k.a. Aisle One Supervisor)

Produce Supervisor

Store Merchandiser

Warehouse Supervisor

Night Crew Supervisor

Food Supervisor

Pharmacy Technician

Exhibit B – Job Classifications



# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *1. Conway, Kimberely* | | *11/17/2007 to 08/29/2009* | *1* | *$1,308.61* |
| *2. Dailey, Brad* | | *10/25/2008 to 11/21/2009* | *1* | *$1,771.09* |
| *3. Hapanowicz, Trevor* | | *09/27/2008 to 11/21/2009* | *1* | *$1,937.91* |
| *4. Leep, Frances* | | *11/17/2007 to 08/01/2009* | *1* | *$3,700.19* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's Stow*
*Marc Glassman, Inc.*
*3732 Darrow Road*

*Stow, OH 44224*

TOTAL *$8,717.80*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 1. ABEID, BRIAN | | 11/17/2007 to 11/21/2009 | 1 | $3,781.15 |
| 2. AMBROSE, GARY | | 11/17/2007 to 11/21/2009 | 1 | $3,982.95 |
| 3. ARBOGAST, RACHEL | | 03/22/2008 to 08/22/2009 | 1 | $2,778.55 |
| 4. BACHMANN, LORIANN | | 11/17/2007 to 11/21/2009 | 1 | $3,817.53 |
| 5. BALES, JOSEPH | | 11/17/2007 to 11/21/2009 | 1 | $3,590.69 |
| 6. BAUMEN, DAWN MARIE | | 11/17/2007 to 11/21/2009 | 1 | $4,397.41 |
| 7. BETINIS, JOHN | | 09/20/2008 to 11/21/2009 | 1 | $2,014.31 |
| 8. BLASIMAN, TY | | 11/17/2007 to 11/21/2009 | 1 | $3,792.09 |
| 9. BROWN, MICHAEL | | 11/17/2007 to 08/01/2009 | 1 | $2,474.66 |
| 10. BRYANT, CHRISTOPHER | | 11/17/2007 to 11/21/2009 | 1 | $3,323.81 |
| 11. BURKETH, STEVEN | | 11/17/2007 to 11/21/2009 | 1 | $3,439.05 |
| 12. BUSSER, KRISSY | | 06/28/2008 to 11/21/2009 | 1 | $2,269.66 |
| 13. BYERS, JOSEPH | | 03/28/2009 to 04/25/2009 | 1 | $121.30 |
| 14. CABUNO, JAMES | | 11/24/2007 to 11/21/2009 | 1 | $3,726.61 |
| 15. CASSIDY, CHRISTINE | | 11/17/2007 to 11/21/2009 | 1 | $1,956.69 |
| 16. CHRISTOFARIS, SABRINA | | 11/24/2007 to 02/02/2008 | 1 | $333.59 |
| | | | Subtotal | $45,800.05 |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

__________

Signed: __________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*
*Cleveland, OH 44130*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Date: 11/18/2009 3:09:43 PM    Case ID: 1556138

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 17. CHRISTOPHER, REBEKAH | | 11/17/2007 to 11/21/2009 | 1 | $3,538.25 |
| 18. CHRISTY, TRICIA | | 11/17/2007 to 11/21/2009 | 1 | $4,297.65 |
| 19. CLINE, ROBERT | | 01/31/2009 to 05/30/2009 | 1 | $524.04 |
| 20. COHEN, ROSEMARY | | 11/17/2007 to 09/13/2008 | 1 | $1,833.56 |
| 21. COLARCO, ALEX | | 11/29/2008 to 11/21/2009 | 1 | $1,647.97 |
| 22. COLE, NICHOLAS | | 11/17/2007 to 11/21/2009 | 1 | $3,317.56 |
| 23. COLLINS, SCOTT | | 11/17/2007 to 11/21/2009 | 1 | $3,729.32 |
| 24. COOK, TAMI | | 01/17/2009 to 11/21/2009 | 1 | $1,521.17 |
| 25. COSTA, TAMIE | | 11/17/2007 to 01/10/2009 | 1 | $1,921.49 |
| 26. CRIST, AMANDA | | 11/17/2007 to 11/21/2009 | 1 | $4,056.25 |
| 27. CROUCH, LISA | | 02/09/2008 to 02/21/2009 | 1 | $1,743.19 |
| 28. DAVIS, FRANCHESKA | | 11/01/2008 to 11/15/2008 | 1 | $59.44 |
| 29. DEHART, CHRISTOPHER | | 11/17/2007 to 10/10/2009 | 1 | $3,445.13 |
| 30. DEVAN, JOANNE | | 10/25/2008 to 09/26/2009 | 1 | $1,572.17 |
| 31. DIKOWICZ, SANDRA | | 11/17/2007 to 10/31/2009 | 1 | $4,723.13 |
| 32. DOMENICK, MELISSA | | 11/17/2007 to 11/21/2009 | 1 | $4,023.17 |

Subtotal **$41,953.49**

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

__________

**Signed:** ________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*

*Cleveland, OH 44130*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 33. DRABIK, KYLE | | 05/09/2009 to 11/21/2009 | 1 | $849.15 |
| 34. DRAKE, DAVID | | 06/13/2009 to 11/21/2009 | 1 | $756.97 |
| 35. DUERK, KATIE | | 01/17/2009 to 11/21/2009 | 1 | $1,367.14 |
| 36. FABER, NORMAN | | 11/17/2007 to 11/21/2009 | 1 | $3,505.46 |
| 37. FAEHNER, MIHO | | 11/17/2007 to 04/25/2009 | 1 | $3,422.69 |
| 38. FELLER, LINDSAY | | 07/18/2009 to 11/21/2009 | 1 | $567.72 |
| 39. FLESHNER, SARA | | 11/17/2007 to 11/21/2009 | 1 | $3,369.95 |
| 40. FOOR, ANDREW | | 03/07/2009 to 09/12/2009 | 1 | $835.81 |
| 41. FRISCHMANN, ANTHONY | | 11/17/2007 to 11/21/2009 | 1 | $3,277.13 |
| 42. FRY, ALEX | | 04/12/2008 to 06/13/2009 | 1 | $1,831.74 |
| 43. GLASSER, DREW | | 11/17/2007 to 11/29/2008 | 1 | $1,775.02 |
| 44. GMEREK, JOSHUA | | 11/17/2007 to 11/21/2009 | 1 | $4,242.13 |
| 45. GODFREY, JOSH | | 11/15/2008 to 11/21/2009 | 1 | $1,583.96 |
| 46. GOTKO, GREGORY | | 11/17/2007 to 11/21/2009 | 1 | $3,698.98 |
| 47. GOTTLIEB, RAMONA | | 11/17/2007 to 11/21/2009 | 1 | $4,619.99 |
| 48. GREGORY, DAN | | 11/17/2007 to 11/21/2009 | 1 | $3,643.45 |
| | | | Subtotal | $39,347.29 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

__________

Signed: ________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*

*Cleveland, OH 44130*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 49. GRIMM, ANTHONY | | 11/17/2007 to 11/21/2009 | 1 | $3,930.31 |
| 50. HAGER, CHRISTOPHER | | 11/17/2007 to 05/24/2008 | 1 | $818.82 |
| 51. HALE, MICHAEL | | 11/17/2007 to 11/21/2009 | 1 | $3,221.95 |
| 52. HALLORAN, MICHAEL | | 11/17/2007 to 11/21/2009 | 1 | $5,770.05 |
| 53. HALTON, SHERI | | 11/17/2007 to 04/19/2008 | 1 | $680.54 |
| 54. HALTON, TIMOTHY | | 08/01/2009 to 11/21/2009 | 1 | $524.05 |
| 55. HAMILTON, VERONICA | | 11/17/2007 to 11/21/2009 | 1 | $4,419.51 |
| 56. HERNANDEZ, SUSAN | | 11/17/2007 to 07/04/2009 | 1 | $3,177.34 |
| 57. HERRICK, ANGELA | | 09/13/2008 to 05/30/2009 | 1 | $1,176.08 |
| 58. HETRICK, TAMARA | | 11/17/2007 to 01/17/2009 | 1 | $1,980.65 |
| 59. HIBINGER, CRYSTAL | | 11/17/2007 to 11/21/2009 | 1 | $3,249.83 |
| 60. HILL, LAURA | | 11/17/2007 to 08/23/2008 | 1 | $1,261.60 |
| 61. HILLBURN, ALAN | | 11/17/2007 to 11/21/2009 | 1 | $4,547.22 |
| 62. HOLLIDAY, TIFFANY | | 07/25/2009 to 09/19/2009 | 1 | $3,178.87 |
| 63. HURST, REBEKAH | | 08/23/2008 to 11/21/2009 | 1 | $2,074.37 |
| 64. HUTSON, LARRY | | 12/06/2008 to 01/24/2009 | 1 | $225.02 |
| | | | Subtotal | $40,236.21 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

______________

Signed: ______________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*
*Cleveland, OH 44130*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 65. ICKES, KAREN | | 11/17/2007 to 11/21/2009 | 1 | $4,408.92 |
| 66. JOHNSTON, VIRGINIA | | 11/17/2007 to 11/21/2009 | 1 | $3,737.19 |
| 67. KINNERSON, CARA | | 11/17/2007 to 12/01/2007 | 1 | $72.17 |
| 68. KOCH, LUCI | | 11/17/2007 to 11/21/2009 | 1 | $4,233.66 |
| 69. KOSTAN, KATHLEEN | | 11/17/2007 to 11/21/2009 | 1 | $3,809.06 |
| 70. LABORN, BRIAN | | 11/17/2007 to 12/15/2007 | 1 | $121.30 |
| 71. LAMP, WILLIAM | | 01/12/2008 to 11/21/2009 | 1 | $2,978.68 |
| 72. LAPINE, SHELDON | | 11/17/2007 to 11/21/2009 | 1 | $3,791.23 |
| 73. LAWSON, ANTOINE | | 09/06/2008 to 11/21/2009 | 1 | $2,124.76 |
| 74. LAZAREK, MATTHEW | | 11/17/2007 to 11/29/2008 | 1 | $1,957.90 |
| 75. LEFTRIDGE, CAROLINE | | 11/17/2007 to 11/08/2008 | 1 | $1,659.16 |
| 76. LILLEY, ADRIENNE | | 11/17/2007 to 11/21/2009 | 1 | $3,799.97 |
| 77. LUCAS, JUDITH | | 11/17/2007 to 11/21/2009 | 1 | $4,284.90 |
| 78. MAZZONE, VINCENT | | 11/17/2007 to 11/21/2009 | 1 | $4,697.05 |
| 79. MCKELLEY, ANNEMARIE | | 05/24/2008 to 11/21/2009 | 1 | $2,420.69 |
| 80. MCLAUGHLIN, KEVIN | | 11/17/2007 to 08/08/2009 | 1 | $2,729.42 |
| | | | | |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

__________

**Signed:** ____________________

Employer Name and Address:

*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*

*Cleveland, OH 44130*

Subtotal *$46,826.06*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 81. MCLAUGHLIN, SEAN | | 04/12/2008 to 11/21/2009 | 1 | $2,221.76 |
| 82. MEIER, BRANDEN | | 12/27/2008 to 11/21/2009 | 1 | $1,489.65 |
| 83. MEYERS, ALLEN | | 11/17/2007 to 11/21/2009 | 1 | $5,617.15 |
| 84. MOON, TONJA | | 11/17/2007 to 11/21/2009 | 1 | $3,554.00 |
| 85. MULHOLLEN, SARAH | | 03/14/2009 to 11/21/2009 | 1 | $36.19 |
| 86. NAPOITANO, MARY | | 11/17/2007 to 11/21/2009 | 1 | $4,884.14 |
| 87. NELSON, DREMA | | 11/17/2007 to 11/21/2009 | 1 | $3,361.41 |
| 88. OSBUN, DANIEL | | 11/17/2007 to 07/19/2008 | 1 | $1,318.90 |
| 89. OTONICAR, RICHARD | | 11/17/2007 to 05/09/2009 | 1 | $1,924.80 |
| 90. PALECHKA, IRENE | | 11/24/2007 to 11/21/2009 | 1 | $5,298.70 |
| 91. PALGUT, KIM | | 11/17/2007 to 11/21/2009 | 1 | $3,913.99 |
| 92. PARKER, DENISE | | 11/17/2007 to 11/21/2009 | 1 | $3,820.27 |
| 93. PATTON, CHRIS | | 05/10/2008 to 11/21/2009 | 1 | $2,297.57 |
| 94. PATTON, LAUREN | | 08/08/2009 to 11/21/2009 | 1 | $454.83 |
| 95. PELTON, PENNY | | 11/17/2007 to 11/15/2008 | 1 | $3,771.12 |
| 96. PELTON, PRISCILLA | | 11/17/2007 to 11/21/2009 | 1 | $4,630.89 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

__________

Signed: ________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*
*Cleveland, OH 44130*

Subtotal *$48,595.37*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Investigator: | Date: |
|---|---|---|
| Cleveland OH Area Office<br>Federal Office Building<br>1240 E. 9th Street<br>Room 817<br>Cleveland, OH 44199-2054<br>216-357-5400 | *Stephen Banig*<br>Employer Fed Tax ID Number *34-1259106* | *11/18/2009* |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *97. PETTIT, MATTHEW* | | *05/02/2009 to 10/24/2009* | *1* | *$815.18* |
| *98. POLASKY, CATHERINE* | | *11/17/2007 to 11/21/2009* | *1* | *$4,195.98* |
| *99. POPE, GARY* | | *11/17/2007 to 11/21/2009* | *1* | *$4,348.00* |
| *100. PORTER, ELIZABETH* | | *11/17/2007 to 11/21/2009* | *1* | *$3,938.27* |
| *101. RADNEY, ERIC* | | *11/17/2007 to 10/18/2008* | *1* | *$1,923.94* |
| *102. REITER, ELIZABETH* | | *11/17/2007 to 11/21/2009* | *1* | *$3,619.84* |
| *103. REUSSER, COLLEEN* | | *11/17/2007 to 11/21/2009* | *1* | *$5,330.88* |
| *104. REYNOLDS, DARIN* | | *11/17/2007 to 11/21/2009* | *1* | *$3,514.55* |
| *105. ROSARIO, DONITA* | | *04/26/2008 to 11/21/2009* | *1* | *$2,787.65* |
| *106. ROSS, FREDA* | | *11/17/2007 to 03/29/2008* | *1* | *$737.54* |
| *107. ROUSCH, NICHOLAS* | | *06/27/2009 to 11/21/2009* | *1* | *$589.56* |
| *108. RUOCCHIO, JOEY* | | *08/02/2008 to 01/03/2009* | *1* | *$693.88* |
| *109. SALISBURY, LISA* | | *11/17/2007 to 11/21/2009* | *1* | *$3,274.06* |
| *110. SAMUELS, EDRIC* | | *11/17/2007 to 05/16/2009* | *1* | *$2,666.92* |
| *111. SCHAFFER, LONNIE* | | *11/17/2007 to 11/21/2009* | *1* | *$3,892.88* |
| *112. SCHIAVONE, KATHRYN* | | *11/17/2007 to 11/21/2009* | *1* | *$3,364.18* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

__________

**Signed:** ________________

Employer Name and Address:

*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*

*Cleveland, OH 44130*

Subtotal *$45,693.31*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Case 1:09-cv-02721-KMO Document 2-4 Filed 11/19/09 Page 9 of 14

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration

Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 113. SCHWARTZ, REBECCA | | 11/17/2007 to 11/21/2009 | 1 | $4,608.80 |
| 114. SEFCIK, CHRISTINA | | 11/17/2007 to 09/27/2008 | 1 | $1,610.36 |
| 115. SHARPE, KIMBERLY | | 11/17/2007 to 11/21/2009 | 1 | $3,538.53 |
| 116. SHEEHAN, BRIAN | | 11/17/2007 to 11/21/2009 | 1 | $3,528.52 |
| 117. SHIMER, FRED | | 11/17/2007 to 11/21/2009 | 1 | $3,631.93 |
| 118. SIDAK, RYAN | | 10/18/2008 to 08/08/2009 | 1 | $1,324.68 |
| 119. SLONE, NICOLE | | 11/22/2008 to 11/21/2009 | 1 | $1,671.63 |
| 120. SMITH, KAREN | | 02/02/2008 to 05/31/2008 | 1 | $587.73 |
| 121. SMITH, SKYLER | | 11/17/2007 to 11/21/2009 | 1 | $2,940.78 |
| 122. SNYDER, BRETT | | 04/19/2008 to 11/21/2009 | 1 | $2,619.03 |
| 123. SNYDER, CHERYL | | 11/17/2007 to 11/21/2009 | 1 | $4,520.84 |
| 124. SNYDER, DOREEN | | 11/17/2007 to 11/21/2009 | 1 | $4,683.87 |
| 125. SOMERVILLE, AMANDA | | 11/24/2007 to 11/21/2009 | 1 | $3,232.79 |
| 126. STEELE, EDWARD | | 11/17/2007 to 11/21/2009 | 1 | $3,971.32 |
| 127. STEMM, CHRIS | | 08/08/2009 to 11/21/2009 | 1 | $482.20 |
| 128. STEWART, PHILLIP | | 11/17/2007 to 01/19/2008 | 1 | $203.79 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

__________

Signed: ____________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*
*Cleveland, OH 44130*

Subtotal *$43,156.80*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| 129. TAYLOR, LESLIE | | 01/26/2008 to 11/21/2009 | 1 | $2,985.38 |
| 130. TENNEY, ANGIE | | 11/17/2007 to 11/21/2009 | 1 | $3,381.46 |
| 131. VANFOSSEN, KAREN | | 11/17/2007 to 11/21/2009 | 1 | $3,916.14 |
| 132. WARNER, LAURIE | | 11/17/2007 to 10/11/2008 | 1 | $1,572.14 |
| 133. WERNER, GRANT | | 11/17/2007 to 07/05/2008 | 1 | $1,142.11 |
| 134. WILLIAMS, MICHELLE | | 11/17/2007 to 11/21/2009 | 1 | $4,558.45 |
| 135. WILLISON, MICHELLE | | 11/17/2007 to 11/21/2009 | 1 | $3,352.32 |
| 136. WOLFORD, LISA | | 11/17/2007 to 11/21/2009 | 1 | $3,176.12 |
| 137. YATES, NANCY | | 11/17/2007 to 11/21/2009 | 1 | $4,153.24 |
| 138. ZABJEK, DONALD | | 05/10/2008 to 09/06/2008 | 1 | $515.55 |
| 139. ZSIDO, CHAD | | 03/08/2008 to 11/21/2009 | 1 | $3,275.29 |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*5841 West 130th Street*
*Cleveland, OH 44130*

TOTAL *$383,636.78*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Stephen Banig*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *1. Armour, Mary* | | *11/17/2007 to 11/21/2009* | *1* | *$3,650.77* |
| *2. Castner, Pamela* | | *11/17/2007 to 11/21/2009* | *1* | *$3,494.87* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's Springfield*
*Marc Glassman Inc*
*2891 East Waterloo Road*

*Akron, OH 44312*

TOTAL *$7,145.64*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Case 1:09-cv-02721-KMO Document 2-4 Filed 11/19/09 Page 12 of 14

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Brian Woodruff*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *1. Eshbaugh, Jacqueline* | | *11/17/2007 to 11/21/2009* | *1* | *$4,259.14* |
| *2. Reed, Charity* | | *11/17/2007 to 11/21/2009* | *1* | *$3,781.56* |
| *3. Strunk, Angela* | | *11/17/2007 to 11/21/2009* | *1* | *$3,488.21* |
| *4. Warnick, Shannon* | | *11/18/2006 to 11/01/2008* | *1* | *$1,533.34* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's Brunswick*
*Marc Glassman, Inc.*
*3303 Center Street*

*Brunswick, OH 44212-3830*

TOTAL *$13,062.25*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Eduardo Rodriguez*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *1. Heller, Christopher Lee* | | *11/17/2007 to 11/21/2009* | *1* | *$3,461.54* |
| *2. Nowak, James J* | | *11/22/2008 to 11/21/2009* | *1* | *$2,937.17* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's*
*Marc Glassman Incorporated*
*1828 Henderson Rd.*

*Columbus, OH 43220*

TOTAL *$6,398.71*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Cleveland OH Area Office
Federal Office Building
1240 E. 9th Street
Room 817
Cleveland, OH 44199-2054
216-357-5400

Investigator: *Christina Yarnall*

Date: *11/18/2009*

Employer Fed Tax ID Number *34-1259106*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *1. Haynes, John* | | *02/29/2008 to 11/20/2009* | *1* | *$1,152.42* |
| *2. Payne, Chris* | | *11/23/2007 to 01/18/2008* | *1* | *$1,892.39* |
| *3. Theiss, Debra* | | *11/23/2007 to 11/20/2009* | *1* | *$4,497.79* |

**I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by**

______________

**Signed:** ______________________

Employer Name and Address:
*Marc's*
*Marc Glassman, Inc.*
*111 Huber Village Blvd.*

*Westerville, OH 43081*

TOTAL *$7,542.60*

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Date: 11/18/2009 3:29:01 PM    Case ID: 1538856